

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00103-CR

_____

BRADLEY RAY SKIDMORE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1726017

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Appellant Bradley Ray Skidmore was convicted of credit/debit card abuse and was sentenced to nine months' confinement. Skidmore has appealed from that conviction and the resulting sentence. On September 17, 2018, Skidmore's court-appointed appellate counsel, Gena B. Bunn, filed an *Anders*[1] brief, and on October 24, 2018, Skidmore filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are now required to enter an order specifying the procedure to be followed to ensure Skidmore's access to the record.

To ensure that Skidmore receives a complete copy of the appellate record in a timely manner, we hereby order our clerk's office to provide a complete copy of the appellate record, in electronic format, to Skidmore care of the Hopkins County Jail. Allowing ten days for that record to be delivered to Skidmore and giving Skidmore thirty days to prepare his pro se response, we hereby set December 10, 2018, as the deadline for Skidmore to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:  October 30, 2018

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).

2